**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01435-CV

**THOMAS J. ELLIS, Appellant**

**V.**

**THE RENAISSANCE ON TURTLE CREEK
CONDOMINIUM ASSOCIATION, INC., ET AL., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-10227**

## ORDER

The Court has before it appellant's June 4, 2013 unopposed first motion to extend time to file reply brief. We **GRANT** the motion and **ORDER** that any reply brief be filed by July 6, 2013.

/s/     ELIZABETH LANG-MIERS
          JUSTICE